IRA RUSSACK, Respondent, v HARVEY RUSSACK et al., Appellants, et al., Defendant.

Submitted February 3, 2014; decided April 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant, v PATRICK FITZGERALD, Respondent.

Submitted February 24, 2014; decided April 1, 2014

Motion for leave to appeal granted. Motion for a stay granted.

Judge RIVERA taking no part.

In the Matter of the Claim of VOLODYMYR I. TKACHYSHYN, Appellant. COMMISSIONER OF LABOR, Respondent.

Decided April 1, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.